# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Bruce Edward Hearns, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-16936AMC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/5/19, this case is hereby DISMISSED.

**Date: November 27, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 – If Applicable –
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc